IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

MICHAEL A. MAYHEW AKA MICHAEL MAYHEW
ROBIN MAYHEW AKA ROBIN E. MAYHEW AKA
ROBIN EARLINE BEASLEY MAYHEW

    Debtors

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

_____

DLJ MORTGAGE CAPITAL, INC c/o SELENE
FINANCE LP

    Movant

vs.

MICHAEL A. MAYHEW AKA MICHAEL MAYHEW
ROBIN MAYHEW AKA ROBIN E. MAYHEW AKA
ROBIN EARLINE BEASLEY MAYHEW

    Debtors/Respondents

and

NANCY SPENCER GRIGSBY

    Trustee/Respondent

_____

### CONSENT ORDER RESOLVING FIRST NOTICE OF DEFAULT

    DLJ Mortage Capital, Inc c/o Selene Finance LP ("Movant"), and Respondent(s), Michael A. Mayhew and Robin E. Mayhew ("Debtors"), reached an agreement in this matter, as follows.

    Upon review of the First Notice of Default, Notice of Termination of Automatic Stay, and Notice of Secured Creditor's Intent to Commence Foreclosure Proceedings ("Notice of Default") filed herein by Movant, and the agreement of the parties, it is ORDERED that:

    The Debtor shall cure the First Notice of Default of payments due pursuant to the Consent Order Modifying the Automatic Stay, as to the real property belonging to Debtor and known as 2308 Oak Glen Way, Forestville, MD 20747 ("the Property"), as follows:

1. Cures the post petition arrearages of $3,997.90 (November 1, 2014 - January 1, 2014 post petition payments of $1,677.26 each per month, less $1,383.88 in debtors suspense and $350 for attorneys fees and costs) by making an additional payment over nine months (9) starting on February 15, 2015 through October 15, 2015 in the amount of $444.21.

    By making the regular monthly payment of $1,677.26, subject to change, on or before February 1, 2015, and on the 1st day of each month thereafter, as they become due, pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property. This shall include the payment of all real estate taxes

and hazard insurance as they become due.

IT IS FURTHER ORDERED that all payments to the Movant shall be made payable to:

> DLJ Mortgage Capital, Inc
> c/o Selene Finance LP
> 9990 Richmond Avenue, Ste 400 South
> Houston, TX 77042

IT IS FURTHER ORDERED that if the holder of any other Deed of Trust on the Property obtains relief from the automatic stay, then the Movant herein shall automatically be granted relief from the automatic stay.

IT IS FURTHER ORDERED that if any payment or portion of any payment required to be made hereunder is not received by Movant by the date that it is due, including any payment due on or after February 1, 2015, Debtor shall be deemed to be in default under this Order. In such event, Movant herein shall automatically be granted relief from the automatic stay without further order of this Court and without further opportunity to cure.

IT IS FURTHER ORDERED that upon termination of the Automatic Stay, Movant may cease to provide any applicable notices provided for in Federal Rules of Bankruptcy Procedure 3002.1(b)-(c).

*/s/ Suren G. Adams, Esq.*

Suren G. Adams, Esq.
16701 Melford Blvd, Suite 125
Bowie, MD 20715
Counsel for Debtor

*/s/ Jonathan S. Foreman*

Jonathan S. Foreman, Esq., MD Fed. Bar No. 18930
BWW Law Group, LLC
6003 Executive Blvd. Suite 101
Rockville, Maryland 20852
(301) 961-6555
(301) 961-6545 (facsimile)
bankruptcy@bww-law.com
Attorney for the Movant

### CERTIFICATION OF DEBTOR'S ATTORNEY

I HEREBY CERTIFY that I approve of the foregoing Consent Order and that its terms have been provided to the Debtor(s), who consent(s) to the terms provided therein.

*/s/ Suren G. Adams, Esq.*
Suren G. Adams, Esq.
16701 Melford Blvd, Suite 125.
Bowie, MD 20715
Counsel for Debtor

## **CERTIFICATION OF CONSENT**

       I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                  /s/ Jonathan S. Foreman
                                                    Jonathan S. Foreman

cc:

BWW Law Group, LLC
6003 Executive Boulevard, Suite 101
Rockville, MD  20852

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Rd, Suite 401
Bowie, MD   20716

Suren G. Adams, Attorney at Law
16701 Melford Blvd, Suite 125
Bowie, MD   20715

Michael A. Mayhew
2308 Oak Glen Way
Forestville, MD   20747

Michael A. Mayhew
2308 Oak Glen Way
District Heights, MD   20747

Robin E. Mayhew
2308 Oak Glen Way
Forestville, MD   20747

Robin E. Mayhew
2308 Oak Glen Way
District Heights, MD   20747

**END OF ORDER**