IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:
Michael A. Mayhew & Robin E. Mayhew             *
        Debtor(s)                                  *     Case No. 12-10247
                                                     *     Chapter 7

## WITHDRAWAL OF DOCUMENT

    Undersigned counsel hereby requests the Court to withdraw the Response to Motion for Relief from Automatic Stay filed as Document Number 75 in the above-referenced case.

Date: May 18, 2015

                /s/Suren G. Adams
                Debtor's Counsel, Suren G. Adams, # 16097
                Adams Law Office, LLC
                16701 Melford Blvd, Suite 125
                Bowie, MD 20715
                (301)805-5892

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Withdrawal of Document has been served on May 18, 2015, by CM/ECF electronic mail to the Trustee assigned to this case and via first class mail, postage pre-paid to

*Counsel for Movant*
Jonathan S. Foreman, Esq. MD Fed. Bar No. 18930
Attorney for Movant
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

                /s/ Suren G. Adams
                Debtor's Counsel -- Suren G. Adams, # 16097
                Adams Law Office, LLC
                16701 Melford Blvd, Suite 125
                Bowie, MD 20715