Entered: October 1, 2015
Signed: October 1, 2015

**SO ORDERED**



_____
**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: 12–10247 – PM    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Michael A Mayhew | Robin E. Mayhew |
| --- | --- |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 2308 Oak Glen Way | 2308 Oak Glen Way |
| Forestville, MD 20747 | Forestville, MD 20747 |

Social Security No.:   xxx–xx–6205        xxx–xx–7638

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 1/6/12.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Laura J. Margulies is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *jjohnson*